**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 163 WAL 2018

            Respondent        :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Superior Court

            v.                   :

                               :

CHE DONTE KING,                :

                               :

            Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.